**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**ANTHONY OVEIDE,**

    **Plaintiff,**

**v.**                                                                                   **No. 20-cv-0976 RB-SMV**

**CENTRAL NEW MEXICO CORRECTIONAL FACILITY,**

    **Defendant.**

### ORDER GRANTING *IN FORMA PAUPERIS* RELIEF

THIS MATTER is before the Court on Plaintiff's Motion to Proceed *in Forma Pauperis* [Doc. 4], filed on November 4, 2020. Plaintiff's financial information reflects he is unable to prepay the $400 filing fee for his prisoner civil rights complaint. The Court will therefore grant the Motion, which reduces the fee to $350, and allow Plaintiff to pay in installments. *See* 28 U.S.C. § 1915(b). Plaintiff must make an initial partial payment of "20 percent of the greater of—(A) the average monthly deposits to the prisoner's account; or (B) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint." *Id.*

Plaintiff's financial statement reflects his average deposits exceed the balance, and that he receives an average of $115.98 per month. The Court will assess an initial payment of $23.20 (which is 20% of the average deposits, $115.98) pursuant to § 1915(b)(1)(A). After payment of the initial partial fee, Plaintiff is "required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account." 28 U.S.C. § 1915(b)(2). The Court will generally not review the merits of Plaintiff's civil rights complaint unless the initial partial payment is paid or excused. If Plaintiff fails to timely make the initial partial payment, his

complaint will be dismissed without further notice.

    **IT IS THEREFORE ORDERED** that Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* [Doc. 4] is **GRANTED**;

    **IT IS FURTHER ORDERED** that, no later than **December 11, 2020**, Plaintiff send to the Clerk an initial partial payment of **$23.20**;

    **IT IS FURTHER ORDERED** that the Clerk provide Plaintiff with two copies of this order, and that Plaintiff make the necessary arrangements to attach one copy of this order to the check in the amount of the initial partial payment;

    **IT IS FINALLY ORDERED** that, after payment of the initial partial fee, Plaintiff make monthly payments of 20% of the preceding month's income credited to his account or show cause why the designated payments should be excused.

    **IT IS SO ORDERED.**

    _____

    **STEPHAN M. VIDMAR**
    **United States Magistrate Judge**