**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**ANTHONY OVEIDE,**

    **Plaintiff,**

**v().**                                                                                                            **No. 20-cv-0976 RB-SMV**

**CENTRAL NEW MEXICO CORRECTIONAL FACILITY,**

    **Defendant.**

**ORDER EXTENDING PAYMENT DEADLINE**

THIS MATTER is before the Court on Plaintiff Anthony Oveide's response regarding the initial partial filing fee [Doc. 7], filed on November 30, 2020. Plaintiff is incarcerated and proceeding pro se in this civil rights action pro se. Pursuant to 28 U.S.C. § 1915(b)(1), the Court previously directed Plaintiff to pay $23.20 by December 11, 2020. [Doc. 5]. Plaintiff responded that his average monthly deposits were inflated by a $200 gift from his grandmother and that he is saving his money to purchase a sweat suit from the prison commissary. [Doc. 7]. The *in forma pauperis* statute requires the Court to consider all transactions "for the 6-month period immediately preceding the filing of the complaint" and cannot disregard the $200 gift. 28 U.S.C. § 1915(b)(1)(B). The Tenth Circuit has also held that "[w]hen a prisoner has sufficient income to pay a monthly partial filing fee and instead spends his money on amenities at the prison canteen, he cannot be excused for failing to make the required partial payments." *Cosby v. Meadors*, 351 F.3d 1324, 1327 (10th Cir. 2003). Accordingly, the Court declines to waive the initial partial payment but will extend the payment deadline through **January 11, 2021**.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Response [Doc. 7] requesting a waiver of the initial partial payment be **DENIED**; but the deadline for Plaintiff to make his $23.20 partial payment is extended through **January 11, 2021.**

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**